IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| KRISTEN SHIVELY, | ) | Case No. 4:10-cv-00053 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| HENRY COUNTY, VIRGINIA, and HENRY COUNTY 9-1-1 COMMUNICATIONS CENTER, | ) | By: Jackson L. Kiser<br>Senior United States District Judge |
| Defendants. | ) | |

Before me is Defendants' Motion for Summary Judgment, which was filed with the Court on July 25, 2011 [ECF No. 19], as well as Defendants' Motion to Quash Deposition [ECF No. 24]. Plaintiff filed a Memorandum in Opposition on August 15, 2011. [ECF No. 27.] Plaintiff filed her response to the Motion to Quash on August 17, 2011. [ECF No. 29.] On August 19, 2011, I heard oral argument from both sides outlining their respective positions on the law, the facts, and the nature and extent of the record. Having thoroughly reviewed the briefs, the record, and the arguments of counsel, the matter is now ripe for decision. For the reasons stated in open court, I will **GRANT** the Motion to Quash the Deposition of Rebecca Wells. For the reasons stated in the accompanying Memorandum Opinion, I will **GRANT** the Motion for Summary Judgment as to both Defendants on all counts.

The clerk is directed to send a copy of this Order and the accompanying Opinion to all counsel of record, and is instructed to remove this case from the docket of this Court.

Entered the 29th day of August, 2011.

                                                  s/Jackson L. Kiser
                                                  Senior United States District Judge